**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MIAMI DIVISION

ANAMARIA CHIMENO-BUZZI, on behalf
of herself and all others similarly situated,

    Plaintiff,                                                CASE NO. 1:14-CV-23120-MGC

v.

HOLLISTER CO.; and ABERCROMBIE &
FITCH CO.,

    Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO**
**FILE FIRST AMENDED CLASS ACTION COMPLAINT**

Plaintiff, individually and on behalf of all others similarly situated, respectfully requests leave to file a First Amended Class Action Complaint in the form attached hereto as Exhibit "A".

**BACKGROUND**

On August 25, 2014, Plaintiff initiated this action against Defendants Hollister Co. and Abercrombie & Fitch Co. with a Class Action Complaint, alleging two claims for relief under the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA").  (D.E. 1).

On April 27, 2015, Lakedrick Reed filed another Class Action Complaint in this District against Defendant Hollister Co., also alleging claims for relief under the TCPA.  *Reed v. Hollister Co.,* Case No. 15-CV-21580-JEM (S.D. Fla.).

On March 19, 2015, the Court in the *Chimeno-Buzzi* action issued an Order extending the deadline for Plaintiff Chimeno-Buzzi to file amended pleadings and join parties to June 12, 2015.  (D.E. 85).

**ARGUMENT**

Since the filing of the *Reed* action, counsel for both Chimeno-Buzzi and Reed conferred and reached an agreement to jointly prosecute this action on behalf of the putative class.

The proposed First Amended Class Action Complaint, attached hereto as Exhibit "A", names both Reed and Chimeno-Buzzi as Plaintiffs, thereby allowing for coordinated litigation that will save judicial resources and facilitate an expeditious resolution to this dispute on behalf of the class.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant leave to file a First Amended Class Action Complaint in the form attached hereto as Exhibit "A".

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to S.D. Fla. L.R. 7.1.A.3, undersigned counsel for movant Anamaria Chimeno-Buzzi certifies that, prior to filing this Motion, he conferred with Michael J. Stortz, counsel for Defendants, who indicated that the Defendants do not oppose the relief requested herein.

Dated:  May 28, 2015                                     Respectfully submitted,

By: /s/  Frank S. Hedin

**CAREY RODRIGUEZ O'KEEFE**
**MILIAN GONYA, LLP**

**David P. Milian, Esq.**
Florida Bar No. 844421
dmilian@careyrodriguez.com
**Frank S. Hedin, Esq.**
Florida Bar No. 109698
fhedin@careyrodriguez.com
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile:  (305) 372-7475

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on May 28, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                By: /s/ Frank S. Hedin
                   Frank S. Hedin