UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| ANAMARIA CHIMENO-BUZZI, and LAKEDRICK REED, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOLLISTER CO., and AMBERCROMBIE & FITCH CO.,<br><br>Defendants. | Case No. 14-cv-23120-MGC<br><br>Hon. Marcia G. Cooke, Presiding<br><br>Hon. Magistrate Edwin G. Torres |

## MOTION FOR SCOTT MANCINELLI TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Scott Mancinelli of the law firm of Hoesch & Vander Ploeg, P.L.C. 156 West Washington Avenue, Zeeland, MI 49464 (616-772-5221), for purposes of appearance as co-counsel on behalf of Class Member Molly O'Keefe in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Scott Mancinelli to receive electronic filings in this case, and in support thereof states as follows:

1. Scott Mancinelli is not admitted to practice in the Southern District of Florida. He has been a member in good standing of the Michigan State Bar since 2000 and is admitted to practice in the United States District Court for the Eastern and Western Districts of Michigan. He has been a member in good standing of the California State Bar since 1994 and is admitted to

practice in the United States District Court for the Central and Southern Districts of California, and the Sixth Circuit Court of Appeals. Attorney Mancinelli has not appeared in more than three separate representations in this District within the past 365 days.

2. Movant, Ryan D. Gesten, Esq., of the law firm of Rogers Morris & Ziegler, LLP, 1401 E. Broward Boulevard, Suite 300, Fort Lauderdale, Florida, 33301-2116 (954-462-1431) is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Scott Mancinelli has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Scott Mancinelli, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Scott Mancinelli at email address: scottm@hvplaw.com.

WHEREFORE, Ryan D. Gesten moves this Court to enter an Order allowing Scott Mancinelli to appear Pro Hac Vice before this Court on behalf of Class Member Molly O'Keefe

for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Scott Mancinelli (scottm@hvplaw.com).

Respectfully submitted,

Dated: February 26, 2016

_____
Ryan D. Gesten, Esq.
Florida Bar No. 240760
Attorney for Class Member Molly O'Keefe
Rogers Morris & Ziegler, LLP
1401 E. Broward Boulevard, Ste.300
Fort Lauderdale, FL 33301-2116
Email: rdgesten@rmzlaw.com
Telephone: (954) 462-1431
Facsimile: 954-763-2692

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| ANAMARIA CHIMENO-BUZZI, and LAKEDRICK REED, on behalf of themselves and all others similarly situated, | Case No. 14-cv-23120-MGC |
| | Hon. Marcia G. Cooke, Presiding |
| Plaintiffs, | Hon. Magistrate Edwin G. Torres |
| v. | |
| HOLLISTER CO., and AMBERCROMBIE & FITCH CO., | |
| Defendants. | |

## CERTIFICATION OF SCOTT MANCINELLI

Scott Mancinelli, Esq. pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Michigan and California State Bars and am admitted to practice in the United States District Courts for the Eastern and Western Districts of Michigan, and the Southern and Central Districts of California, and the Sixth Circuit Court of Appeals. I have not appeared in any representation in this District in the past 365 days.

Dated: February 25, 2016

Scott Mancinelli, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2016 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

Ryan D. Gesten
Florida Bar No. 240760