# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### MIAMI DIVISION

| | | |
|---|---|---|
| ANAMARIA CHIMENO-BUZZI, and LAKEDRICK REED, on behalf of themselves and all others similarly situated, | ) ) ) | |
| | ) | Case No. 14-cv-23120-MGC |
| Plaintiffs, | ) | |
| | ) | Hon. Marcia G. Cooke, Presiding |
| v. | ) | |
| | ) | Hon. Magistrate Edwin G. Torres |
| | ) | |
| HOLLISTER CO., and ABERCROMBIE & FITCH CO., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINITIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO TAKE DISCOVERY FROM OBJECTORS MOLLY O'KEEFE AND PATRICK S. SWEENEY

Plaintiffs Anamaria Chimeno-Buzzi and Lakedrick Reed hereby withdraw their motion for leave to take discovery from objectors Molly O'Keefe and Patrick S. Sweeney (D.E. 137.)   As a result, the motion for protective order filed by Molly O'Keefe (D.E. 140) is moot.

Dated:  March 18, 2016

Respectfully submitted,

By: /s/ David P. Milian
David P. Milian
*dmilian@careyrodriguez.com*
Frank S. Hedin
*fhedin@careyrodriguez.com*
**CAREY RODRIGUEZ**
**MILIAN GONYA, LLP**
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

Robert Ahdoot*
*rahdoot@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**

1016 Palm Avenue
West Hollywood, California 90069
Tel: 310.474.9111
Fax: 310.474.8585

Joseph J. Siprut*
*jsiprut@siprut.com*
Ismael T. Salam
*isalam@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
Phone: 312.236.0000
Fax: 312.241.1260

*Proposed Settlement Class Counsel*

Scott D. Owens
*scott@scottdowens.com*
Patrick C. Crotty
*patrick@scottdowens.com*
**SCOTT D. OWENS, P.A.**
3800 S. Ocean Drive, Ste. 235
Hollywood, FL 33019
Tel: 954.589.0588
Fax: 954.337.0666

*Liaison Counsel*

*\*Admitted Pro Hac Vice*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF, and on all counsel or parties of record on the Service List below by electronic mail and Fedex mail.

*/s/ David P. Milian*

**SERVICE LIST**

**Patrick S. Sweeney**
2590 Richardson Street
Madison, WI 53711
310-339-0548
Email: patrickshanesweeney@gmail.com
*Pro Se*