# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

| | |
|---|---|
| ANAMARIA CHIMENO-BUZZI, and LAKEDRICK REED, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 14-cv-23120-MGC<br>) |
| v. | ) Hon. Marcia G. Cooke, Presiding<br>) |
| HOLLISTER CO., and ABERCROMBIE & FITCH CO., | ) Hon. Magistrate Edwin G. Torres<br>)<br>) |
| Defendants. | )<br>) |

## JOINT STIPULATION OF WITHDRAWAL OF OBJECTION OF MOLLY O'KEEFE

Plaintiffs and Objector Molly O'Keefe ("O'Keefe"), by and through undersigned counsel, hereby provide notice to the Court that the parties hereby stipulate to the withdrawal of O'Keefe's Objection (D.E. 134) to the proposed settlement, which is set for a final approval hearing on March 30, 2016. Having thoroughly reviewed the Plaintiffs' response in opposition to her Objection (D.E. 138) and after meeting and conferring with Plaintiffs' counsel, O'Keefe now believes the Settlement is in the best interest of the class, should be finally approved, and therefore agrees to the withdrawal of her Objection. This stipulation is intended to effectuate such withdrawal, and will in no way effect the Settlement or the relief to the Settlement Class.

Dated: March 22, 2016

By: /s/ Scott Mancinelli (with express permission)
Scott Mancinelli
*scottm@hvplaw.com*
156 West Washington Avenue
Zeeland, MI 49464
Telephone: (616) 772-5221
Facsimile: (616) 772-1181

Respectfully submitted,

By: /s/ David P. Milian
David P. Milian
*dmilian@careyrodriguez.com*
Frank S. Hedin
*fhedin@careyrodriguez.com*
**CAREY RODRIGUEZ
MILIAN GONYA, LLP**
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

By: /s/ Ryan D. Gesten (with express permission)
Ryan D. Gesten
*rdgesten@rmzlaw.com*
Rogers Morris & Ziegler, LLP
1401 E. Broward Boulevard, Ste. 300
Fort Lauderdale, FL 33301
Telephone: (954) 462-1431
Fascimile: (954) 763-2692

*Counsel for Objector Molly O'Keefe*
*\*Admitted Pro Hac Vice*

Robert Ahdoot*
*rahdoot@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
1016 Palm Avenue
West Hollywood, California 90069
Tel: 310.474.9111
Fax: 310.474.8585

Joseph J. Siprut*
*jsiprut@siprut.com*
Ismael T. Salam
*isalam@siprut.com*
**Siprut PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
Phone: 312.236.0000
Fax: 312.241.1260

*Proposed Settlement Class*

Scott D. Owens
*scott@scottdowens.com*
Patrick C. Crotty
*patrick@scottdowens.com*
**SCOTT D. OWENS, P.A.**
3800 S. Ocean Drive, Ste. 235
Hollywood, FL 33019
Tel: 954.589.0588
Fax: 954.337.0666
*Liaison Counsel*

*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF, and on all counsel or parties of record on the Service List below by electronic mail and by Fedex mail.

/s/ David P. Milian

## SERVICE LIST

**Patrick S. Sweeney**
2590 Richardson Street
Madison, WI 53711
310-339-0548
*Pro Se*